(21 App. Div. 188.)

### STATEN ISLAND ELECTRIC R. CO. v. KING et al.

(Supreme Court, Appellate Division, Second Department.  October 12, 1897.)

CONDEMNATION PROCEEDINGS—INJUNCTION.

> Where, pending a proceeding by a railroad company to acquire title to certain real property, the plaintiff enters thereon before the amount of compensation is ascertained, and without any order authorizing such entry, under Code Civ. Proc. § 3380, there is no authority for granting, upon motion in such special proceeding, an injunction restraining the plaintiff from further trespass.

Appeal from special term.

In the matter of the application of the Staten Island Electric Railroad Company for condemnation of land, Adolph L. King and Anna M. King appealed from an order refusing an injunction.    Affirmed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT, HATCH, and BRADLEY, JJ.

John Widdecombe, for appellants.

CULLEN, J.  On an allegation that the plaintiff had entered upon the lands sought to be acquired by this proceeding before the

amount of compensation to be made therefor was ascertained, and without any order of the court, under the provisions of section 3380, Code Civ. Proc., authorizing an entry on a deposit of the value of the lands, the defendants obtained an order to show cause why the plaintiff should not be restrained from further trespass, with an injunction till the hearing of the application. On the return day the application was denied, and the injunction vacated. This disposition was made upon the defendants' papers.

We are not informed of the grounds on which the decision of the special term proceeded, and the respondent has aided us neither with brief nor with argument. On the facts stated by the defendants, they were certainly entitled to an injunction if they had applied for one in a proper action; but we know of no authority for granting such an injunction in this special proceeding.

The order was therefore properly made, and should be affirmed, but without costs. All concur.